NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
James P. Wagoner, #58553
Nicholas H. Rasmussen, #285736
Graham Van Leuven #295599
7647 North Fresno Street
Fresno, California 93720

ATTORNEY(S) FOR: New York Marine and General Insurance Co.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| New York Marine and General Insurance Company, | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| Amber Heard, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _New York Marine and General Insurance Company_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ProSight Specialty Insurance Group, Inc.<br>ProSight Global, Inc.<br>ProSight Global Holdings Limited. | New York Marine and General Insurance Company discloses that it is a direct, wholly-owned subsidiary ProSight Specialty Insurance Group, Inc., which itself is a direct, wholly-owned subsidiary of ProSight Global, Inc., which itself is a direct, wholly-owned subsidiary of ProSight Global Holdings Limited. |

July 8, 2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

New York Marine and General Insurance Company