1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
     *jim.wagoner@mccormickbarstow.com*
3  Nicholas H. Rasmussen, #285736
     *nrasmussen@mccormickbarstow.com*
4  Graham A. Van Leuven, #295599
     *graham.vanleuven@mccormickbarstow.com*
5  7647 North Fresno Street
   Fresno, California 93720
6  Telephone:  (559) 433-1300
   Facsimile:   (559) 433-2300
7
   Attorneys for Plaintiff New York Marine
8  and General Insurance Company

9              UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| 12 | NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,, | Case No. 2:22-cv-04685 |
|---|---|---|
| 13 | | **NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S AMENDED NOTICE OF INTERESTED PARTIES** |
| 14 | Plaintiff, | |
| 15 | v. | **[Civil Local Rule 7.1-1]** |
| 16 | Amber Heard, an individual,, | |
| 17 | Defendant. | |

1  In accordance with Civil Local Rule 7.1-1, the undersigned counsel of record
2 for Plaintiff New York Marine and General Insurance Company ("NY Marine"),
3 certifies that the following listed parties may have a pecuniary interest in the outcome
4 of this case. These representations are made to enable the Court to evaluate possible
5 disqualification or recusal.

6  1.  Coaction Global, Inc.;

7  2.  Coaction Specialty Insurance Group, Inc.

8  Specifically, New York Marine and General Insurance Company discloses that
9 it is a direct, wholly-owned subsidiary of Coaction Specialty Insurance Group, Inc.,
10 which itself is a direct, wholly-owned subsidiary of Coaction Global, Inc.

11 Dated: July 12, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: *[signature]*

James P. Wagoner
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Plaintiff New York Marine and
General Insurance Company

8516400.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1
NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S AMENDED NOTICE OF INTERESTED PARTIES