# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| New York Marine and General Insurance Company | **CASE NUMBER** |
| v. | 2:22-cv-04685 RSWL(GJSx) |
| **PLAINTIFF(S)** | |
| Amber Heard | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |
| **DEFENDANT(S).** | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

__July 12, 2022__       George H. Wu    _/s/ George H. Wu_
Date                    United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____       _____
Date                 United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:21-cv-05832 GW(PDx)__ and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Standish__ to Magistrate Judge __Donahue__.

On all documents subsequently filed in this case, please substitute the initials __GW(PDx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:22-cv-04685 GW(PDx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*