| | |
|---|---|
| 1 | MARK D. PETERSON (State Bar #126174) |
| 2 | KATHLEEN O. PETERSON (State Bar #124791)<br>AMY HOWSE (State Bar # 252922) |
| 3 | CATES PETERSON LLP<br>4100 Newport Place, Suite 230 |
| 4 | Newport Beach, CA 92660<br>Telephone: (949) 724-1180 |
| 5 | markpeterson@catespeterson.com<br>kpeterson@catespeterson.com |
| 6 | ahowse@catespeterson.com |
| 7 | Attorneys for Plaintiff<br>TRAVELERS COMMERCIAL INSURANCE COMPANY |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation, | ) ) ) ) | Case No.: 2:21-cv-5832-GW (PDx)<br>Hon. George H. Wu<br>Hon. M.J. Patricia Donahue |
| Plaintiff, | ) ) | **(1) NOTICE OF MOTION AND MOTION OF PLAINTIFF TRAVELERS COMMERCIAL INSURANCE COMPANY TO CONSOLIDATE THIS ACTION FILED BY TRAVELERS WITH ACTION FILED BY DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY AGAINST INSURED;** |
| v. | ) ) | |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| | ) ) | **(2) MEMORANDUM OF POINTS AND AUTHORITIES;** |
| | ) ) ) | **(3) DECLARATION OF MARK D. PETERSON; and** |
| | ) ) ) | **(4) REQUEST FOR JUDICIAL NOTICE.** |
| | ) ) ) ) | DATE: October 17, 2022<br>TIME: 8:30 a.m.<br>Courtroom: 9D |

NOTICE OF MOTION AND MOTION TO CONSOLIDATE

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBER HEARD, an individual,<br><br>Defendant. | Case No. 2:22-cv-04685-GW (PDx)<br>Hon. George H. Wu<br>Hon. M.J. Patricia Donahue |

NOTICE OF MOTION AND MOTION TO CONSOLIDATE

To all parties in both captioned cases above and to their attorneys of record:

Notice is hereby given that on October 17, 2022, at 8:30 a.m. in Courtroom 9D in the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Travelers Commercial Insurance Company ("Travelers") will and hereby does move to consolidate for all purposes the action filed by Travelers, Case No.: 2:21-cv-5832-GW (PDx) (the "First Action") with the action recently filed by Defendant New York Marine and General Insurance Company ("ProSight") against the insured who is the subject of the action filed by Travelers.  That second action was filed as Case No. 2:22-cv-04685 on July 8, 2022 (the "Second Action").

This motion is brought under Rule 42 of the Federal Rules of Civil Procedure on the grounds that both cases involve similar issues of fact and law, the resolution of which will require much of the same evidence.  As a result, it will be of great convenience to the Court and to all of the parties to consolidate the matters for all purposes.  This will result in greater efficiency and it will eliminate the potential for inconsistent results.  The Court should exercise its discretion and order consolidation of the two cases for all purposes, or on whatever other terms the Court believes are appropriate.  Inasmuch as the Second Action was just filed and the First Action is heading toward an October 4, 2022, discovery cut-off and January 4, 2023, trial, consolidation must include vacating the current discovery cut-off and trial dates.  Travelers further moves for an order vacating the current discovery cut-off and trial date in the First Action to permit the Court to set a consolidated case schedule for the two cases.

This motion is based upon this notice of motion and motion, and the concurrently filed memorandum of points and authorities, declaration of Mark D. Peterson, and request for judicial notice.  This notice of motion and all related papers are being filed in both actions.

1

NOTICE OF MOTION AND MOTION TO CONSOLIDATE

1  This motion is made following the conference of counsel required by Local
2  Rule 7-3, which took place with counsel in this case on August 11, 2022.  Counsel
3  for ProSight in the First Action are also counsel for ProSight as plaintiff in the
4  Second Action.  There has not yet been an appearance on behalf of the defendant
5  insured in the Second Action.

6  Dated:  August 24, 2022

                              Respectfully submitted,

                              ___/s/ Mark D. Peterson___
                              MARK D. PETERSON
                              Of CATES PETERSON LLP
                              Attorneys for Plaintiff
                              TRAVELERS COMMERCIAL
                              INSURANCE COMPANY

2
NOTICE OF MOTION AND MOTION TO CONSOLIDATE