McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Lejf E. Knutson, #234203
  lejf.knutson@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
  nrasmussen@mccormickbarstow.com
Graham A Van Leuven, #295599
  graham.vanleuven@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant and Counter-Claimant New York Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>Defendant.<br><br>─────────────────────<br><br>New York Marine and General Insurance Company, a Delaware corporation<br><br>Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | Case No. 2:21-cv-5832-GW (PDx)<br><br>**AMENDED PROOF OF SERVICE RE OPPOSITION TO TRAVELERS' MOTION TO CONSOLIDATE THIS ACTION WITH ACTION FILED BY DEFENDANT AND COUNTER-CLAIMANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY AGAINST INSURED; DECLARATION OF JAMES P. WAGONER AND EXHIBIT FILED 9/19/22**<br><br>Date:    October 17, 2022<br>Time:    8:30 a.m.<br>Crtrm.:  9D<br><br>Hon. George H. Wu |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

1

AMENDED PROOF OF SERVICE RE OPPOSITION TO MOTION TO CONSOLIDATE

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,, <br><br> Plaintiff, <br><br> v. <br><br> Amber Heard, an individual,, <br><br> Defendant. | Case No. 2:22-cv-04685-GW-(PDx) <br><br> **AMENDED PROOF OF SERVICE RE OPPOSITION TO TRAVELERS' MOTION TO CONSOLIDATE THIS ACTION WITH ACTION FILED BY DEFENDANT AND COUNTER-CLAIMANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY AGAINST INSURED; DECLARATION OF JAMES P. WAGONER AND EXHIBIT FILED 9/19/22** <br><br> Date: October 17, 2022 <br> Time: 8:30 a.m. <br> Crtrm.: 9D <br><br> Hon. George H. Wu |

Dated: September 20, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ James P. Wagoner
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Defendant New York Marine and General Insurance Company

8647636.1

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company / New York Marine v. Amber Heard**

STATE OF CALIFORNIA, COUNTY OF FRESNO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 20, 2022, I served true copies of the following document(s) described as **AMENDED PROOF OF SERVICE RE OPPOSITION TO TRAVELERS' MOTION TO CONSOLIDATE THIS ACTION WITH ACTION FILED BY DEFENDANT AND COUNTER-CLAIMANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY AGAINST INSURED; DECLARATION OF JAMES P. WAGONER AND EXHIBIT FILED 9/19/22** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

Kirk Pasich
Pasich LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, CA 90024

*Attorneys for Defendant Amber Heard*

*Via Email*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 20, 2022, at Fresno, California.

*/s/ Marisela Taylor*
Marisela Taylor