James P. Wagoner #058553
Nicholas H. Rasmussen #285736
Graham A. Van Leuven #295599
McCormick, Barstow, Sheppard, Wayte & Carruth
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Fax: (559) 433-2300

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| New York Marine and General Insurance Company, a New York Corporation<br><br>PLAINTIFF(S)<br>v.<br>Amber Heard, an individual<br>DEFENDANT(S). | CASE NUMBER<br>2:22-cv-04685 GW (PDx)<br><br>**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**<br>(For use with State Service only) |

**To:** Amber Heard

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure. Also served: Civil Cover Sheet, Amended Notice of Interested Parties, Notice to Parties of Court Directed ADR Program, Notice to Counsel Re: Consent to Proceed Before U.S. Magistrate Judge, Order Re Transfer Pursuant to General Order 21-01 (related cases), Standing Order re: Final Pre Trial Conference

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on  August 31, 2022

Signature of Sender
James P. Wagoner

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at
10880 Wilshire Ave., Ste. 2000, Los Angeles, CA 90024     on  8/31/2022

Address                          Date

Signature
Counsel for Amber Heard

*Relationship to Entity/Authority to Receive Service of Process*

CV-21 (02/04)   NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT   American LegalNet, Inc.
www.FormsWorkflow.com