Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Kayla Robinson (SBN 322061)
KRobinson@PasichLLP.com
PASICH LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMBER HEARD,<br><br>　　　　Defendant. | Case No. 2:22-cv-4685-GW (PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx)<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT AMBER HEARD TO FILE A RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed July 8, 2022<br>FAC Filed July 11, 2022 |

## STIPULATION

Whereas, defendant Amber Heard's deadline to respond to the New York Marine & General Insurance Company's First Amended Complaint is today, October 31, 2022;

---

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO 1st AMENDED COMPLAINT**

Whereas, Ms. Heard has not previously requested an extension of time to respond to the First Amended Complaint;

Whereas, Ms. Heard has advised plaintiff New York Marine and General Insurance Company of a jurisdictional infirmity and requested that New York Marine voluntarily dismiss this Action and has asked New York Marine to for an extension of time to respond to the First Amended Complaint;

Whereas, the parties are continuing to confer as to how to proceed;

Whereas, New York Marine and Travelers Commercial Insurance Company, plaintiff and counterclaim defendant in the consolidated action, do not oppose extending the deadline for Ms. Heard to respond;

Whereas, Ms. Heard respectfully requests that the Court grant an extension of time to respond through November 21, 2022.

Now, therefore, the Parties stipulate that Ms. Heard may have through November 21, 2022, to answer or otherwise respond to New York Marine's First Amended Complaint.

DATED: October 31, 2022           PASICH LLP

                                  By:    */s/ Kayla Robinson*
                                  Kayla Robinson
                                  Attorneys for Amber Heard

DATED: October 31, 2022           McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

                                  By:    */s/ James Wagoner*
                                  James Wagoner
                                  Attorneys for New York Marine

2
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO 1st AMENDED COMPLAINT**

| | | |
|---|---|---|
| 1 | DATED: October 31, 2022 | CATES PETERSON LLP |
| 2 | | |
| 3 | | By:     */s/ Mark Peterson* |
| 4 | | Mark Peterson |
| 5 | | Attorneys for Travelers |

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I further attest that I have on file documentation of their authorization.

| | | |
|---|---|---|
| DATED: October 31, 2022 | | PASICH LLP |
| | By: |     */s/ Kayla Robinson* |
| | | Kayla Robinson |
| | | Attorneys for Amber Heard |

3

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO 1st AMENDED COMPLAINT**