Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Kayla Robinson (SBN 322061)
KRobinson@PasichLLP.com
PASICH LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBER HEARD,<br><br>Defendant. | Case No. 2:22-cv-4685-GW (PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx)<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**[PROPOSED] ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT AMBER HEARD TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed July 8, 2022<br>FAC Filed July 11, 2022 |

Having considered the Parties' Stipulation regarding Amber Heard's deadline to respond to the New York Marine & General Insurance Company's First Amended Complaint, the Court determines that there is good cause for an extension through November 21, 2022, for

**PROPOSED ORDER RE EXT. OF TIME TO RESPOND TO 1st AMENDED COMPLAINT**

1  Ms. Heard to answer or otherwise respond to New York Marine's First
2  Amended Complaint.
3      IT IS SO ORDERED.
4  DATED: _____

By: _____
    George H. Wu
    United States District Judge