Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Kayla Robinson (SBN 322061)
KRobinson@PasichLLP.com
Owen Monkemeier (SBN 336476)
OMonkemeier@PasichLLP.com
PASICH LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Amber Heard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER HEARD,<br><br>Defendant. | Case No. 2:22-cv-4685-GW (PDx)<br><br>Hon. George H. Wu, Courtroom 9D<br><br>**DEFENDANT AMBER HEARD'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**<br><br>Complaint Filed July 8, 2022<br>FAC Filed July 11, 2022 |

The undersigned, counsel of record for Amber Heard, certifies that Parties with a pecuniary interest in this matter include:

- New York Marine and General Insurance Company, Plaintiff and Counter-Defendant;
- Amber Heard, Defendant and Counter Claimant;

1     • Travelers Commercial Insurance Company, insurer for Ms.
2         Heard.

4 DATED: November 21, 2022     PASICH LLP

By:   */s/Kirk Pasich*
      Kirk Pasich

Attorneys for Amber Heard

2
**HEARD'S NOTICE OF INTERESTED PARTIES**