1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
     *jim.wagoner@mccormickbarstow.com*
3  Nicholas H. Rasmussen, #285736
     *nrasmussen@mccormickbarstow.com*
4  Graham A. Van Leuven, #295599
     *graham.vanleuven@mccormickbarstow.com*
5  7647 North Fresno Street
   Fresno, California 93720
6  Telephone:   (559) 433-1300
   Facsimile:    (559) 433-2300
7
   Attorneys for Plaintiff New York Marine
8  and General Insurance Company

9              UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  NEW YORK MARINE AND              Case No. 2:22-cv-04685-GW(PDx)
    GENERAL INSURANCE COMPANY,
13  a New York corporation,,          Consolidated for Pre-Trial Purposes
                                       with 2:22-CV-04685-GW (PDx)
14          Plaintiff,
                                       **JOINT STIPULATION TO**
15      v.                            **EXTEND TIME FOR NEW YORK**
                                      **MARINE AND GENERAL**
16  Amber Heard, an individual,,      **INSURANCE COMPANY TO**
                                      **RESPOND TO COUNTERCLAIM**
17          Defendant.

18

19       Pursuant to L.R. 8-3, Plaintiff and Counter-Defendant New York Marine and

20  General Insurance Company ("NY Marine") and Defendant and Counterclaimant

21  Amber Heard ("Heard") hereby stipulate that  NY Marine shall have a thirty-two (32)

22  day extension of time from December 12, 2022 to January 13, 2023 in which to file

23  its response to Heard's Counterclaim.

24       The parties have not previously stipulated to any extensions of time for NY

25  Marine to respond to the Counterclaim.

26       This extension will not alter any date or event already scheduled by the Court,

27  and in fact is calculated to ensure that all relevant motions which the parties intend to

28  or may file are on calendar on or before January 13, 2022, so that the Court may take

1  them into consideration during the January 23, 2023 Scheduling Conference.

2                                 McCORMICK, BARSTOW, SHEPPARD,
3                                    WAYTE & CARRUTH LLP

4

5  Dated:  December 12, 2022        By:  _____/s/ James P. Wagoner_____
6                                           James P. Wagoner
7                                           Nicholas H. Rasmussen
                                            Graham A. Van Leuven
8                                  Attorneys for Plaintiff New York Marine and
                                       General Insurance Company
9

10
   Dated:  December 12, 2022
11                                            PASICH LLP

12

13                                 By:  _____/s/ Kayla Robinson_____
                                           Kayla Robinson
14                                 Attorney for Defendant Amber Heard

15

16           **CERTIFICATION PURSUANT TO L.R. 5-4.3.4**

17
           The undersigned hereby certifies that all signatories to this Joint Stipulation and
18
   Application to Modify Scheduling Order concur in the contents of this filing, and have
19
   authorized the undersigned to sign and file this document on their behalf.
20

21
   Dated:  December 12, 2022        McCORMICK, BARSTOW, SHEPPARD,
22                                     WAYTE & CARRUTH LLP

23                                 By:  _____/s/ James P. Wagoner_____
24                                           James P. Wagoner
                                             Nicholas H. Rasmussen
25                                           Graham A. Van Leuven
26                                 Attorneys for Defendant New York Marine and
                                        General Insurance Company
27

28  8789866.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

JOINT STIPULATION TO EXTEND TIME FOR NEW YORK MARINE AND GENERAL INSURANCE
COMPANY TO RESPOND TO COUNTERCLAIM

1

## PROOF OF SERVICE

2

**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

3

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

4

5

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

6

7

On December 12, 2022, I served true copies of the following document(s) described as **JOINT STIPULATION TO EXTEND TIME FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO RESPOND TO COUNTERCLAIM** on the interested parties in this action as follows:

8

9

**SEE ATTACHED SERVICE LIST**

10

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

11

12

13

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

14

15

Executed on December 12, 2022, at Fresno, California.

16

17

_____
*/s/ Heather Ward*
Heather Ward

18

19

20

21

22

23

24

25

26

27

28

1

**SERVICE LIST**
**New York Marine and General Insurance Company v. Amber Heard**

2

**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

3 Kayla Robinson                                    *Attorneys for Defendant and Counter*
  Kirk A. Pasich                                    *Claimant Amber Heard*

4 Owen A. Monkemeier
  Pasich LLP

5 10880 Wilshire Blvd., Suite 2000
  Telephone:  (424) 313-7890

6 krobinson@pasichllp.com
  kpasich@pasichllp.com

7 omonkemeier@pasichllp.com

8 Mark D. Peterson                                  *Attorneys for Movant, Travelers*
  Cates Peterson LLP                                *Commercial Insurance Company*

9 4100 Newport Place Suite 230
  Newport Beach, CA  92660

10 Telephone:  (949) 724-1180
   markpeterson@catespeterson.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME FOR NEW YORK MARINE AND GENERAL INSURANCE
COMPANY TO RESPOND TO COUNTERCLAIM