McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff New York Marine
and General Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,,<br><br>          Plaintiff,<br><br>v.<br><br>Amber Heard, an individual,,<br><br>          Defendant. | Case No. 2:22-cv-04685-GW(PDx)<br><br>**PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO RESPOND TO COUNTERCLAIM** |

Having reviewed the papers, and good cause existing, **IT IS HEREBY ORDERED** that:

Plaintiff and Counter-defendant New York Marine and General Insurance Company ("NY Marine") shall have a thirty-two (32) day extension of time to file its response to the Counterclaim filed by Defendant and Counterclaimant Amber Heard. New York Marine's response to the Counterclaim shall now be due on or before January 13, 2023.

**IT IS SO ORDERED**

December __, 2022

                                                                              **Honorable George Wu**
                                                                              Senior U.S. District Judge

8789888.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO RESPOND TO COUNTERCLAIM