McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant, Counterclaimant
and Plaintiff New York Marine and
General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>     Defendant. | Case No. 2:22-CV-04685-GW (PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx)<br><br>**JOINT SCHEDULING REPORT**<br><br>Hon. George H. Wu |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>     Counter-Claimant<br><br>     v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>     Counter-Defendant | |

Pursuant to the Court's December 1, 2022 Order following Joint Scheduling Conference, Plaintiff and Counterdefendant Travelers Commercial Insurance Company ("Travelers"), Defendant, Counterclaimant, and Plaintiff New York Marine and General Insurance Company's ("NY Marine"), and Defendant Amber Heard have met and conferred with regard to scheduling for this matter and by and through their undersigned counsel, and hereby submit this Joint Scheduling Report.

**A.     Background**

At the December 1, 2022 Joint Scheduling Conference and in its December 1, 2022 Order, the Court granted leave to file any motion challenging the jurisdiction of the Court by January 5, 2023, with any motion for judgment on the pleadings and/or stay by January 13, 2022. Also at the hearing, NY Marine indicated that it intended to file a motion to dismiss the counterclaim filed by Heard in consolidated case no. 2:22-CV-04685-GW (PDx).

On January 5, 2022, the parties met and conferred to discuss potential motions and issues, including any issues concerning the jurisdiction of this Court, NY Marine's proposed motion to dismiss Heard's counterclaim against NY Marine; Heard's intended motion for judgment on the pleadings; and a potential stipulation between Travelers and NY Marine for NY Marine to file an amended pleading in this action. Heard and NY Marine agreed to an extension of time to respond.

On December 13, 2022, this Court granted Heard's and NY Marine's Stipulation Extending Time for NY Marine to Respond to Heard's Counterclaim.

On or about December 16, 2022, Heard resolved the underlying litigation out of which these matters arise (the "Underlying Action"). Thereafter, following additional meet and confer efforts between Heard and NY Marine and in light of the resolution of the Underlying Action, Heard advised NY Marine that she would be amending her Counterclaim to reflect the resolution of the Underlying Action and to address certain issues raised by NY Marine during the parties meet and confer efforts.

Heard's Amended Counterclaim was filed on January 13, 2023. As a result, NY

1

JOINT SCHEDULING REPORT

Marine's Response to Heard's Amended Counterclaim is due no later than February 3, 2023.

Also on January 13, 2023, NY Marine filed its Stipulation for Leave to File An Amended Answer to Travelers' First Amended Complaint and Amended Counterclaim, along with a proposed Order. On January 18, 2023, the Court granted NY Marine leave to file its Amended Answer to Travelers' First Amended Complaint and Amended Counterclaim. Travelers' Response to NY Marine's Amended Answer to Travelers' First Amended Complaint and Amended Counterclaim, if permitted by this Court, will be due twenty days after filing of the Amended Answer and Amended Counterclaim.

### B. Parties' Position On Scheduling

In light of the foregoing, the parties agree that responses to the amended pleadings in both the '5832 and '0468 actions will not be filed before early or mid-February 2023. Further, NY Marine also anticipates—though its position is not yet final—that it will likely respond to Heard's Amended Counterclaim with a motion to dismiss. Heard likewise anticipates that to the extent NY Marine's Motion to Dismiss her Counterclaim is not successful, that she may file a motion for Judgment on the Pleadings following the close of the pleadings in the '0468 action.

Nevertheless, in light of the foregoing and given the resolution of the Underlying Action, the parties are now in agreement that there is no basis for a further stay of this litigation. Accordingly, the parties respectfully request that the Court lift the present stay of discovery and enter an appropriate scheduling order.

### C. Proposed Agreed Modified Pre-Trial Dates

If the Court determines that it is appropriate to lift the stay presently entered in these actions and to enter a scheduling order, the parties propose the following pretrial timeline:

/ / /

/ / /

| Date | Event |
|---|---|
| 10/31/2023 | Deadline to hold private mediation |
| 11/10/2023 | Deadline to notify court of result of mediation in joint report regarding settlement |
| 11/14/2023 | Post-Mediation Status Conference |
| 11/22/2023 | Non-Expert Discovery Cut-Off |
| 12/22/2023 | Expert Disclosure (Initial) |
| 1/29/2024 | Expert Disclosure (Rebuttal) |
| 2/16/2024 | Expert Discovery Cut-Off |
| 3/8/2024 | Last day to file all motions (including discovery motions) |
| 4/14/2024 | Pre-Trial Conference |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: January 18, 2023 | | CATES PETERSON, LLP |
| | By: | /s/ Mark D. Peterson |
| | | Mark D. Peterson |
| | | Attorneys for Plaintiff and Counterdefendant Travelers Commercial Insurance Company |
| Dated: January 13, 2023 | | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: | /s/ James P. Wagoner |
| | | James P. Wagoner |
| | | Lejf E. Knutson |
| | | Nicholas H. Rasmussen |
| | | Graham A. Van Leuven |
| | | Attorneys for Defendant, Counterclaimant, and Plaintiff New York Marine and General Insurance Company |
| DATED: January 18, 2023 | | PASICH LLP |
| | By: | /s/ Kayla Robinson |
| | | Kirk Pasich |
| | | Kayla Robinson |
| | | Attorneys for Defendant Amber Heard |

8859160.1

**PROOF OF SERVICE**

**New York Marine and General Insurance Company v. Amber Heard**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On January 18, 2023, I served true copies of the following document(s) described as **JOINT SCHEDULING REPORT** on the interested parties in this action as follows:

| | |
|---|---|
| Mark D. Peterson<br>Kathleen O. Peterson<br>Amy Howse<br>Cates Peterson LLP<br>4100 Newport Place, Suite 230<br>Newport Beach, CA 92660<br>Telephone: (949) 724-1180<br>Email: markpeterson@catespeterson.com<br>kpeterson@catespeterson.com<br>ahowse@catespeterson.com | Kirk Pasich<br>Kayla M. Robinson<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90024<br>Telephone: (424) 313-7856<br>kpasich@pasichllp.com<br>krobinson@pasichllp.com |

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 18, 2023, at Fresno, California.

*/s/* Marisela Taylor
Marisela Taylor