UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4685-GW-PDx | Date | January 23, 2023 |
|---|---|---|---|
| Title | *New York Marine and General Insurance Company v. Amber Heard* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kathleen O. Peterson | James P. Wagoner<br>Nicholas H. Rasmussen<br>Kayla Robinson - Heard |

**PROCEEDINGS:** TELEPHONIC SCHEDULING CONFERENCE

Court and counsel confer. For reasons stated on the record, the stay in this matter is lifted and the following dates are set:

1. No further amendments are allowed without Rule 16 motion

2. A post-mediation status conference is set for August 3, 2023, with mediation to be completed by July 31. The parties will make arrangements so that the mediation can be completed by July 31 and a joint report filed with the Court by noon on August 1.

3. All regular discovery will be completed by August 28, 2023. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be completed by September 29, 2023. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is October 30, 2023.

6. The pre-trial conference will be held on November 30, 2023 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 13).

7. Jury trial will begin on December 12, 2023 at 9:00 a.m.

| | : | 02 |
|---|---|---|
| | Initials of Preparer | JG |