McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff New York Marine
and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,,<br><br>          Plaintiff,<br><br>  v.<br><br>Amber Heard, an individual,,<br><br>          Defendant. | Case No. 2:22-cv-04685-GW(PDx)<br>Consolidated for pre-trial purposes with<br>Case no: 2:21-cv-04377 RSWL (JDEx)<br><br>**JOINT STIPULATION EXTENDING TIME FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO RESPOND TO DEFENDANT AND COUNTERCLAIMANT'S AMBER HEARD'S AMENDED COUNTERCLAIM** |

Pursuant to L.R. 8-3, Defendant and Counterclaimant Amber Heard ("Heard") and Plaintiff and Counterclaimant New York Marine and General Insurance Company ("NY Marine") hereby stipulate that New York Marine shall have a four (4) day extension of time to February 10, 2023 in which to file its response to Heard's Amended Counterclaim.

Heard filed her First Amended and Supplemental Answer and Amended Counterclaim against NY Marine on January 13, 2023, to which NY Marine would have fourteen (14) days to respond pursuant to Fed. R. Civ. P. Rule 15(a)(3). At that time, a stay of all matters was in place until January 23, 2023; the stay was lifted on January 23, 2023, and accordingly, fourteen (14) days from that date would expire on

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

Joint Stipulation Extending Time for New York Marine and General Insurance Company to Respond to Defendant
and Counterclaimant's Amber Heard's Amended Counterclaim

February 6, 2023. Accordingly, the parties seek a four (4) day extension of time from that date for NY Marine to respond to the Amended Counterclaim, to February 10, 2023.[1]

The parties have not previously stipulated to any extension of time for NY Marine to answer or otherwise plead to the Amended Counterclaim. The extension will not alter any date or event already scheduled by the Court.

Dated:  February 3, 2023                                    PASICH LLP

By: _/s/ Kayla Robinson_
Kirk Pasich
Kayla Robinson
Attorneys for Defendant and Counterclaimant
Amber Heard

Dated:  February 3, 2023                                    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _/s/ James P. Wagoner_
James P. Wagoner
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Plaintiff and CounterDefendant
New York Marine and General Insurance Company

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to L.R. 5-4.3.4, I, James P. Wagoner, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

---

[1] If the Court believes that the Stay in effect on January 13, 2023 did not affect the filing of the Amended Counterclaim or the calculation of NY Marine's time to respond under Fed. R. Civ. P. Rule 15, then the parties respectfully request that the Court grant a fourteen (14) day extension of time, from January 27, 2023 to February 10, 2023.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

Joint Stipulation Extending Time for New York Marine and General Insurance Company to Respond to Defendant and Counterclaimant's Amber Heard's Amended Counterclaim

| | | |
|---|---|---|
| 1 | Dated: February 3, 2023 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 2 | | |
| 3 | | By: _/s/ James P. Wagoner_ |
| 4 | | James P. Wagoner |
| 5 | | Attorneys for Defendant New York Marine and General Insurance Company |

8890826.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

Joint Stipulation Extending Time for New York Marine and General Insurance Company to Respond to Defendant and Counterclaimant's Amber Heard's Amended Counterclaim

# PROOF OF SERVICE

**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On February 3, 2023, I served true copies of the following document(s) described as **JOINT STIPULATION EXTENDING TIME FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO RESPOND TO DEFENDANT AND COUNTERCLAIMANT'S AMBER HEARD'S AMENDED COUNTERCLAIM** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is heather.ward@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 3, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

Joint Stipulation Extending Time for New York Marine and General Insurance Company to Respond to Defendant and Counterclaimant's Amber Heard's Amended Counterclaim

**SERVICE LIST**
**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

| | |
|---|---|
| Kayla Robinson<br>Kirk A. Pasich<br>Owen A. Monkemeier<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Telephone:  (424) 313-7890<br>krobinson@pasichllp.com<br>kpasich@pasichllp.com<br>omonkemeier@pasichllp.com | *Attorneys for Defendant and Counter Claimant Amber Heard* |
| Mark D. Peterson<br>Cates Peterson LLP<br>4100 Newport Place Suite 230<br>Newport Beach, CA  92660<br>Telephone:  (949) 724-1180<br>markpeterson@catespeterson.com | *Attorneys for Movant, Travelers Commercial Insurance Company* |

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

Joint Stipulation Extending Time for  New York Marine and General Insurance Company to Respond to Defendant and Counterclaimant's Amber Heard's Amended Counterclaim