McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff New York Marine
and General Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,,<br><br>         Plaintiff,<br><br>    v.<br><br>Amber Heard, an individual,,<br><br>         Defendant. | Case No. 2:22-cv-04685-GW(PDx)<br>Consolidated for pre-trial purposes with Case no: 2:21-cv-04377 RSWL (JDEx)<br><br>**PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO RESPOND TO HEARD'S AMENDED COUNTERCLAIM** |

Having reviewed the papers, and good cause existing, **IT IS HEREBY ORDERED** that:

Plaintiff and Counter-defendant New York Marine and General Insurance Company ("NY Marine") shall have a four (4) day extension of time to file its response to the Amended Counterclaim filed by Defendant and Counterclaimant Amber Heard. New York Marine's response to the Counterclaim shall now be due on or before February 10, 2023.

**IT IS SO ORDERED**

December __, 2022                    _____
                                      **Honorable George Wu**
                                      Senior U.S. District Judge

8789888.1

# PROOF OF SERVICE

**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On February 3, 2023, I served true copies of the following document(s) described as **PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO RESPOND TO HEARD'S AMENDED COUNTERCLAIM** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 3, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO RESPOND TO COUNTERCLAIM

**SERVICE LIST**
**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

| | |
|---|---|
| Kayla Robinson<br>Kirk A. Pasich<br>Owen A. Monkemeier<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Telephone: (424) 313-7890<br>krobinson@pasichllp.com<br>kpasich@pasichllp.com<br>omonkemeier@pasichllp.com | *Attorneys for Defendant and Counter Claimant Amber Heard* |
| Mark D. Peterson<br>Cates Peterson LLP<br>4100 Newport Place Suite 230<br>Newport Beach, CA 92660<br>Telephone: (949) 724-1180<br>markpeterson@catespeterson.com | *Attorneys for Movant, Travelers Commercial Insurance Company* |

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO RESPOND TO COUNTERCLAIM