# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation

Plaintiff(s)

v.

AMBER HEARD, an individual

Defendant(s).

CASE NUMBER:

2:22-cv-04685-GW-PD

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__Travelers Commercial Insurance Company__   [ ] Plaintiff  [ ] Defendant  [X] Other __Movant__
*Name of Party*

to substitute __Nicholas J. Boos__ who is

[X] Retained Counsel     [ ] Counsel appointed by the Court (Criminal cases only)     [ ] Pro Se

__Two Embarcadero Center, Suite 1450__
*Street Address*

__San Francisco, CA  94111__                                    __nboos@maynardcooper.com__
*City, State, Zip*                                                                 *E-Mail Address*

__415-646-4674__              __205-714-6415__              __233399__
*Telephone Number*            *Fax Number*                  *State Bar Number*

as attorney of record instead of __Mark D. Peterson (SBN: 126174) Kathleen O. Peterson (SBN: 124791), and__
*List **all** attorneys from same firm or agency who are withdrawing*
__Amy Howse (SBN: 252922)__

**is hereby**      [ ] **GRANTED**      [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____        _____
                                                                          U. S. District Judge/U.S. Magistrate Judge