# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation<br><br>Plaintiff(s)<br><br>v.<br><br>AMBER HEARD, an individual<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 22-4685-GW-PDx<br><br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

__Travelers Commercial Insurance Company__   [ ] Plaintiff [ ] Defendant [X] Other __Movant__
*Name of Party*

to substitute   __Nicholas J. Boos_____ who is

[X] Retained Counsel    [ ] Counsel appointed by the Court (Criminal cases only)    [ ] Pro Se

__Two Embarcadero Center, Suite 1450__
*Street Address*

__San Francisco, CA  94111__                                    __nboos@maynardcooper.com__
*City, State, Zip*                                                              *E-Mail Address*

__415-646-4674__              __205-714-6415__              __233399__
*Telephone Number*          *Fax Number*                 *State Bar Number*

as attorney of record instead of __Mark D. Peterson (SBN: 126174) Kathleen O. Peterson (SBN: 124791), and__
                                                *List **all** attorneys from same firm or agency who are withdrawing*
__Amy Howse (SBN: 252922)__

**is hereby**      [X] **GRANTED**     [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  March 14, 2023

*/s/ George H. Wu*
HON. GEORGE H. WU, U. S. District Judge