1  Kirk Pasich (SBN 94242)
   KPasich@PasichLLP.com
2  Kayla Robinson (SBN 322061)
   KRobinson@PasichLLP.com
3  Owen Monkemeier (SBN 336476)
   OMonkemeier@PasichLLP.com
4  PASICH LLP
   10880 Wilshire Blvd., Suite 2000
5  Los Angeles, California 90024
   Telephone:  (424) 313-7860
6  Facsimile:   (424) 313-7890
7
8  Attorneys for Defendant
   and Counter-Claimant
9

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  NEW YORK MARINE AND           Case No. 2:22-cv-4685-GW (PDx)
    GENERAL INSURANCE
15  COMPANY, a New York           Hon. George H. Wu,
    corporation,                  Courtroom 9D
16
17            Plaintiff,          **DEFENDANT'S NOTICE OF
                                  MOTION AND MOTION FOR
18       vs.                      JUDGMENT ON THE
                                  PLEADINGS**
19  AMBER HEARD,
                                  Date:      July 13, 2023
20            Defendant.          Time:      8:30 a.m.
                                  Dept.:     9D
21
22  AND RELATED COUNTERCLAIM      Complaint Filed July 8, 2022
23
24
25       **NOTICE IS HEREBY GIVEN THAT** on July 13, 2023, at

26  8:30 a.m. or as soon thereafter as the matter may be heard in Courtroom

27  9D of this Court, located at 350 W. 1st Street, Los Angeles, California

28  90012, defendant and counterclaimant Amber Heard will, and hereby

NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

1  does, move this Court for an order for judgment on the pleadings

2  pursuant to Federal Rule of Civil Procedure 12(c).

3       This motion is made, pursuant to Federal Rule of Civil Procedure

4  12(c), on the grounds that the Court lacks subject matter jurisdiction

5  under Article III of the Constitution and statutory authority to grant

6  relief under the Declaratory Judgment Act, 28 U.S.C. § 2201, because

7  there is no longer an actual controversy between the parties. This motion

8  is based on this Notice, the Memorandum of Points and Authorities in

9  Support thereof, the Declaration of Kayla Robinson, the complete files

10 and records in this action, such evidence as may be presented at the

11 hearing on this motion, and other matters upon which this Court may

12 take judicial notice.

13      This motion is made following the conference of counsel pursuant to

14 L.R. 7-3 which took place on May 11, 2023, and May 18, 2023.

15 DATED: June 5, 2023                    PASICH LLP

16

17                                    By:  */s/ Owen Monkemeier*
                                          Owen Monkemeier

18                                        Attorneys for Defendant and
19                                        Counter-Claimant

20

21

22

23

24

25

26

27

28

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**