# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>           Plaintiff,<br><br>  vs.<br><br>AMBER HEARD,<br><br>           Defendant.<br><hr>AND RELATED COUNTERCLAIM | Case No. 2:22-cv-4685-GW (PDx)<br><br>Hon. George H. Wu,<br>Courtroom 9D<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:    July 13, 2023<br>Time:   8:30 a.m.<br>Dept.:   9D<br><br>Complaint Filed July 8, 2022 |

Defendant and Counterclaimant Amber Heard's Motion for Judgment on the Pleadings came on for hearing on July 13, 2023, before the Honorable George H. Wu, in Courtroom 9D of the above-entitled Court. The matter having fully been argued and the motion and evidence submitted, and it appearing to the Court that defendant's motion is well taken, the Court orders as follows:

1  Defendant's Motion for Judgment on the Pleadings is GRANTED.
2  This case is dismissed without prejudice for lack of jurisdiction.

4  **IT IS SO ORDERED.**

6  Dated: _____   _____
7  THE HONORABLE GEORGE H. WU
   UNITED STATES DISTRICT COURT JUDGE