McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff and Counter-
Defendant New York Marine and General
Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,, <br><br> Plaintiff, <br><br> v. <br><br> AMBER HEARD, an individual,, <br><br> Defendant. | Case No. 2:22-cv-04685-GW(PDx) <br><br> Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx) <br><br> **JOINT STIPULATION TO CONTINUE HEARING ON HEARD'S MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Hon. George H. Wu |
| AMBER HEARD, an individual, <br><br> Counter-Claimant <br><br> v. <br><br> NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York Corporation, <br><br> Counter-Defendant | |

JOINT STIPULATION TO CONTINUE HEARING ON HEARD'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff New York Marine And General Insurance Company ("New York Marine") and Defendant Amber Heard, by and through their counsel of record, hereby stipulate as follows:

1. Amber Heard filed a Motion for Judgment On The Pleadings which is currently set for hearing on July 13, 2023.

2. The current deadline for New York Marine's opposition to that Motion is June 22, 2023.

3. New York Marine intends to file its own separate Motion for Judgment On The Pleadings and will file that Motion concurrently with and consolidated with the Opposition to Heard's Motion for Judgment On The Pleadings.

4. Because New York Marine's Motion For Judgment On The Pleadings will not be set for hearing until July 27, 2023 (the first available date for the Parties and the Court's schedule), New York Marine and Heard met and conferred and agreed that it is in the interest of judicial economy to have both Heard's and New York Marine's motions heard concurrently.

5. New York Marine and Heard will follow the original briefing schedule for Heard's Motion For Judgment On The Pleadings, with New York Marine's Opposition to be filed on or before June 22, 2023 and Heard's Reply to be filed on or before June 29, 2023. With regard to New York Marine's Motion For Judgment On The Pleadings, Heard's Opposition will be filed on or before July 6, 2023 and New York Marine's Reply will be filed on or before July 13, 2023.

6. Therefore, New York Marine and Heard by and through their respective counsel hereby stipulate, that the hearing on Heard's Motion For Judgment On The Pleadings should be continued to July 27, 2023, so that both Motions may be heard concurrently.

1 | Dated:  June 21, 2023                        McCORMICK, BARSTOW, SHEPPARD,
2 |                                                        WAYTE & CARRUTH LLP
3 |
4 |                                            By:            /s/ James P Wagoner
5 |                                                        James P. Wagoner
6 |                                                    Nicholas H. Rasmussen
7 |                                                    Graham A. Van Leuven
   |                                        Attorneys for Plaintiff and Counter-Defendant
8 |                                            New York Marine and General Insurance
   |                                                                Company
9 | DATED: June 21, 2023                         PASICH LLP
10 |
11 |                                          By:            /s/ Kayla Robinson
12 |                                                    Kirk Pasich
   |                                                    Kayla Robinson
13 |                                                    Attorneys for Defendant Amber Heard
14 | 9182763.1
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2

JOINT STIPULATION TO CONTINUE HEARING ON HEARD'S MOTION FOR JUDGMENT ON THE
PLEADINGS

1

## **PROOF OF SERVICE**

2

**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

3

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

4

5

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

6

7

On June 21, 2023, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE HEARING ON HEARD'S MOTION FOR JUDGMENT ON THE PLEADINGS** on the interested parties in this action as follows:

8

9

**SEE ATTACHED SERVICE LIST**

10

11

**BY ELECTRONIC SERVICE (E-MAIL):**  Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is heather.ward@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

12

13

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

14

15

16

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

17

18

Executed on June 21, 2023, at Fresno, California.

19

20

_____
*/s/ Heather Ward*

21

Heather Ward

22

23

24

25

26

27

28

MᴄCᴏʀᴍɪᴄᴋ, Bᴀʀsᴛᴏᴡ,
Sʜᴇᴘᴘᴀʀᴅ, Wᴀʏᴛᴇ &
Cᴀʀʀᴜᴛʜ LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

JOINT STIPULATION TO CONTINUE HEARING ON HEARD'S MOTION FOR JUDGMENT ON THE PLEADINGS

1

2

**SERVICE LIST**
*New York Marine and General Insurance Company v. Amber Heard*
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

3

Kayla Robinson                                    *Attorneys for Defendant and Counter*
Kirk A. Pasich                                    *Claimant Amber Heard*

4

Pasich LLP
10880 Wilshire Blvd., Suite 2000

5

Telephone:  (424) 313-7890
krobinson@pasichllp.com

6

kpasich@pasichllp.com

7

John T. Brooks                                    *Courtesy Copy – Via Email*
Jeffrey V. Commisso

8

Andrea S. Warren                                  *Attorneys for Plaintiff and*
Sheppard, Mullin, Richter & Hampton               *Counterclaimant Travelers Commercial*

9

LLP                                               *Insurance Company in USDC Central*
501 W. Broadway, 19th Floor                       *District Case No. 2:21-cv-05832-GW,*

10

San Diego, CA  92101                              *consolidated for pre-trial purposes*
Telephone:  (619) 338-6500

11

Email:  jbrooks@sheppardmullin.com
Email:  jcommisso@sheppardmullin.com

12

Email:  awarren@sheppardmullin.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE HEARING ON HEARD'S MOTION FOR JUDGMENT ON THE
PLEADINGS