McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff and Counter-Defendant New York Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMBER HEARD, an individual,,<br><br>　　　　Defendant.<br>―――――――――――――<br>AMBER HEARD, an individual,<br><br>　　　　Counter-Claimant<br><br>　　v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York Corporation,<br><br>　　　　Counter-Defendant | Case No. 2:22-cv-04685-GW(PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON HEARD'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hon. George H. Wu |

Pursuant to the party's Joint Stipulation:

1. Amber Heard filed a Motion for Judgment On The Pleadings which is currently set for hearing on July 13, 2023.

2. The current deadline for New York Marine's opposition to that Motion is June 22, 2023.

3. New York Marine represents that it intends to file its own separate Motion for Judgment On The Pleadings and will file that Motion concurrently with and consolidated with the Opposition to Heard's Motion for Judgment On The Pleadings.

4. It is in the interest of judicial economy to have both Heard's and New York Marine's motions heard concurrently.

5. Therefore, the hearing on Heard's Motion For Judgment On The Pleadings is continued to July 27, 2023.

DATED: June ___, 2023

_____
Hon. George H. Wu