1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
    *jim.wagoner@mccormickbarstow.com*
3  Nicholas H. Rasmussen, #285736
    *nrasmussen@mccormickbarstow.com*
4  Graham A. Van Leuven, #295599
    *graham.vanleuven@mccormickbarstow.com*
5  7647 North Fresno Street
   Fresno, California 93720
6  Telephone:  (559) 433-1300
   Facsimile:   (559) 433-2300
7
8  Attorneys for Plaintiff and Counter-
   Defendant New York Marine and General
   Insurance Company
9
                UNITED STATES DISTRICT COURT
10
        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
11

12

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,, <br><br> Plaintiff, <br><br> v. <br><br> AMBER HEARD, an individual,, <br><br> Defendant. | Case No. 2:22-cv-04685-GW(PDx) <br><br> Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx) <br><br> **PLAINTIFF NEW YORK MARINE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Date:  July 27, 2023 <br> Time:  8:30 a.m. <br> Dept.:  9D <br><br><br> Hon. George H. Wu |
| AMBER HEARD, an individual, <br><br> Counter-Claimant <br><br> v. <br><br> NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York Corporation, <br><br> Counter-Defendant | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

PLAINTIFF NEW YORK MARINE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 27, 2023 at 8:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 9D of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff and Counterclaimant New York Marine and General Insurance Company ("NY Marine"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, will and hereby does move the Court for an order for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

This motion is made, pursuant to Federal Rule of Civil Procedure 12(c), on the grounds that NY Marine's first and second causes of action should be adjudicated as a matter of law based on Heard's representations to NY Marine and in Heard's Motion For Judgment On The Pleadings. Additionally, NY Marine's third cause of action for declaratory relief as to its duty to defend should be adjudicated in its favor as a matter of law, as the NY Marine policy was issued and to be performed in California and the *Depp v. Heard* action only alleged defamation by implication, thereby requiring proof of a defamatory implication designed and intended by Heard for which coverage is precluded by California Insurance Code §533 precluding coverage for "willful" acts. In addition, NY Marine's fourth cause of action for declaratory relief based on Heard's lack of cooperation should similarly be adjudicated in its favor as a matter of law based on Heard's admitted refusal to "fully accept" NY Marine's appointment of the Cameron McEvoy PLLC firm whom she initially retained to defend her some six months before her September 4, 2019 tender to NY Marine.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum Of Points And Authorities In Support Of Opposition To Defendant And Counterclaimant Amber Heard's Motion For Judgment On The Pleadings And Memorandum Of Points And Authorities In Support Of New York Marine's Cross-Motion For Judgment On The Pleadings and the Declaration of James P. Wagoner, and all papers and pleadings of record on file in this case, and such additional authority

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1

PLAINTIFF NEW YORK MARINE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

1  and argument as may be presented at or before the time this Motion is heard or
2  submitted.
3     This Motion is made following the conference of counsel pursuant to L.R. 7-3,
4  which took place on June 13, 2023.

5  Dated: June 22, 2023            McCORMICK, BARSTOW, SHEPPARD,
6                                   WAYTE & CARRUTH LLP

8                        By:    */s/ James P. Wagoner*
9                                James P. Wagoner
                                 Nicholas H. Rasmussen
10                               Graham A. Van Leuven
11                       Attorneys for Plaintiff and Counter-Defendant
                         New York Marine and General Insurance
12                                      Company

13  9187706.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
PLAINTIFF NEW YORK MARINE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

# PROOF OF SERVICE

**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On June 22, 2023, I served true copies of the following document(s) described as **PLAINTIFF NEW YORK MARINE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is heather.ward@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 22, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

---

PLAINTIFF NEW YORK MARINE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

# SERVICE LIST
*New York Marine and General Insurance Company v. Amber Heard*
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

| | |
|---|---|
| Kayla Robinson<br>Kirk A. Pasich<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Telephone: (424) 313-7890<br>krobinson@pasichllp.com<br>kpasich@pasichllp.com | *Attorneys for Defendant and Counter Claimant Amber Heard* |
| John T. Brooks<br>Jeffrey V. Commisso<br>Andrea S. Warren<br>Sheppard, Mullin, Richter & Hampton LLP<br>501 W. Broadway, 19th Floor<br>San Diego, CA 92101<br>Telephone: (619) 338-6500<br>Email: jbrooks@sheppardmullin.com<br>Email: jcommisso@sheppardmullin.com<br>Email: awarren@sheppardmullin.com | *Courtesy Copy – Via Email*<br><br>*Attorneys for Plaintiff and Counterclaimant Travelers Commercial Insurance Company in USDC Central District Case No. 2:21-cv-05832-GW, consolidated for pre-trial purposes* |

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

PLAINTIFF NEW YORK MARINE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS