McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
 *jim.wagoner@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
 *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
 *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff and Counter-Defendant New York Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,,<br><br>Plaintiff,<br><br>v.<br><br>AMBER HEARD, an individual,,<br><br>Defendant. | Case No. 2:22-cv-04685-GW(PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx)<br><br>**[PROPOSED] ORDER GRANTING NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:  July 23, 2023<br>Time:  8:30 a.m.<br>Dept.:  9D<br><br><br>Hon. George H. Wu |
| AMBER HEARD, an individual,<br><br>Counter-Claimant<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York Corporation,<br><br>Counter-Defendant | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

[PROPOSED] ORDER GRANTING NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

1   On July 27, 2023, Plaintiff New York Marine and General Insurance
2  Company's Motion For Judgement On The Pleadings in the above captioned action
3  was heard in Courtroom 9D of the United States District Court for the Central District
4  of California before the Honorable George H. Wu.

5   Having read and considered Defendant New York Marine and General
6  Insurance Company's Motion to Dismiss, all other papers, and oral argument thereon,
7  it is hereby **ORDERED THAT**:

8   New York Marine had no duty to indemnify Heard for, or defend Heard on an
9  ongoing basis in, the Underlying Action, Circuit Court of Fairfax County, Virginia,
10 case no. CL-2019-0002911 or in connection with any appeal of the judgment in the
11 that Action.

12  **IT IS SO ORDERED.**
13 DATED: July ___, 2023

George H. Wu
United States District Judge

9187882.1

# PROOF OF SERVICE

**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On June 22, 2023, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is heather.ward@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 22, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

# SERVICE LIST
### *New York Marine and General Insurance Company v. Amber Heard*
### USDC Central District of California, Case No. 2:22-cv-04685-GW-PD

| | |
|---|---|
| Kayla Robinson<br>Kirk A. Pasich<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Telephone: (424) 313-7890<br>krobinson@pasichllp.com<br>kpasich@pasichllp.com | *Attorneys for Defendant and Counter Claimant Amber Heard* |
| John T. Brooks<br>Jeffrey V. Commisso<br>Andrea S. Warren<br>Sheppard, Mullin, Richter & Hampton LLP<br>501 W. Broadway, 19th Floor<br>San Diego, CA 92101<br>Telephone: (619) 338-6500<br>Email: jbrooks@sheppardmullin.com<br>Email: jcommisso@sheppardmullin.com<br>Email: awarren@sheppardmullin.com | *Courtesy Copy – Via Email*<br><br>*Attorneys for Plaintiff and Counterclaimant Travelers Commercial Insurance Company in USDC Central District Case No. 2:21-cv-05832-GW, consolidated for pre-trial purposes* |