**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation<br>Plaintiff(s)<br><br>v.<br><br>AMBER HEARD, an individual<br>Defendant(s) | CASE NUMBER<br><br>2:22-cv-04685-GW (PDx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

_____   ☐ Plaintiff   ☐ Defendant   ☒ Other   Travelers Comm. Ins. Co.
*Name of Party*

to substitute John T. Brooks who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Sheppard, Mullin, Richter & Hampton LLP, 501 W. Broadway, 19th Floor
*Street Address*

San Diego, CA 92101                           jbrooks@sheppardmullin.com
*City, State, Zip*                                 *E-Mail Address*

619-338-6500                    619-234-3815                    167993
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of Nicholas J. Boos, Maynard Nexsen LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                  U. S. District Judge/U.S. Magistrate Judge