# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation<br>Plaintiff(s)<br>v.<br>AMBER HEARD, an individual<br>Defendant(s) | CASE NUMBER<br>2:22-cv-04685-GW (PDx)<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

☐ Plaintiff  ☐ Defendant  ☒ Other  Travelers Comm. Ins. Co.
*Name of Party*

to substitute John T. Brooks who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Sheppard, Mullin, Richter & Hampton LLP, 501 W. Broadway, 19th Floor
*Street Address*

San Diego, CA 92101                                 jbrooks@sheppardmullin.com
*City  State  Zip*                                       *E-Mail Address*

619-338-6500            619-234-3815            167993
*Telephone Number*        *Fax Number*           *State Bar Number*

as attorney of record instead of Nicholas J. Boos, Maynard Nexsen LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 10, 2023

*[signature: George H. Wu]*
U. S. District Judge/~~U.S. Magistrate Judge~~