1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
     *jim.wagoner@mccormickbarstow.com*
3  Nicholas H. Rasmussen, #285736
     *nrasmussen@mccormickbarstow.com*
4  Graham A. Van Leuven, #295599
     *graham.vanleuven@mccormickbarstow.com*
5  7647 North Fresno Street
   Fresno, California 93720
6  Telephone:  (559) 433-1300
   Facsimile:   (559) 433-2300
7
8  Attorneys for Plaintiff and Counter-
   Defendant New York Marine and General
   Insurance Company
9
                UNITED STATES DISTRICT COURT
10
       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
11

12
   NEW YORK MARINE AND                 Case No. 2:22-cv-04685-GW(PDx)
13 GENERAL INSURANCE COMPANY,
   a New York corporation,,            Consolidated for Pre-Trial Purposes
14                                      with 2:21-cv-5832-GW (PDx)
                Plaintiff,
15                                      **JOINT STIPULATION FOR
          v.                           REFERRAL TO MAGISTRATE
16                                      FOR SETTLEMENT
   AMBER HEARD, an individual,,        CONFERENCE ONLY**
17
                Defendant.             Filed Concurrently with Proposed Order
18

19
                                       Hon. George H. Wu
20 _____
   AMBER HEARD, an individual,
21
                Counter-Claimant
22
          v.
23
   NEW YORK MARINE AND
24 GENERAL INSURANCE COMPANY,
   a New York Corporation,
25
                Counter-Defendant
26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

JOINT STIPULATION FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE ONLY

Plaintiff and Counter-Defendant New York Marine and General Insurance Company ("NY Marine") and Defendant and Counterclaimant Amber Heard ("Heard") (collectively, the "Parties"), hereby submit this joint stipulation for an Order referring this matter to the Magistrate for purposes of a settlement conference only.

1. NY Marine filed its complaint initiating this action on July 8, 2022, and on July 11, 2022, filed the presently operative First Amended Complaint.

2. On July 11, 2022, the Parties received the Notice to Parties of Court-Directed ADR Program.

3. On October 20, 2022, the Court consolidated this action with the action entitled *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company,* USDC Case no. 2:22-cv-04685-GW-PDx (the "*Travelers v. NY Marine* action") for pre-trial purposes only.

4. On October 31, 2022, the Parties and Travelers submitted a Joint Scheduling Report which indicated that the parties would conduct a private mediation, as indicated by a proposed July 31, 2023 "Deadline to hold private mediation" in the parties' proposed schedule.

5. On November 21, 2022, Heard filed her Answer to NY Marine's First Amended Complaint and Counterclaim against NY Marine.

6. On January 13, 2023, Heard Filed her First Amended Supplemental Answer and First Amended Counterclaim against NY Marine.

7. On February 10, 2023, NY Marine filed its Motion to Dismiss Heard's First Amended Counterclaim, which motion this Court granted on March 17, 2023.

8. On June 14, 2023, the Court entered a Scheduling Order (ECF #56) setting an August 31, 2023 deadline for the parties to hold a private mediation.

9. Presently before the Court are Heard's and NY Marine's Cross-motions for Judgment on the Pleadings.

10. In light of the present posture of this matter and the August 31, 2023

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2

JOINT STIPULATION FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE ONLY

deadline, Travelers and NY Marine have scheduled an August 21, 2023 mediation before Bruce Friedman, Esq. in an effort to resolve the disputes between them in the *Travelers v. NY Marine* action.

11.     Given the present procedural posture of this matter, NY Marine and Heard believe that a Magistrate-administered settlement conference is more likely to prove fruitful than a private-mediation in resolving the disputes between them in this action.

12.     Accordingly, NY Marine and Heard hereby jointly stipulate to and request that this Court issue an Order referring this matter to the Magistrate for purposes of settlement only.

Dated:  August 1, 2023                          Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By:   _____/s/ James P. Wagoner_____
James P. Wagoner
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Plaintiff and Counter-Defendant
New York Marine and General Insurance
Company

DATED: August 1, 2023                          PASICH LLP


By:   _____/s/ Kayla Robinson_____
Kirk Pasich
Kayla Robinson
Owen Monkemeir

Attorneys for Amber Heard

9257037.1

# PROOF OF SERVICE

**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

On August 1, 2023, I served true copies of the following document(s) described as **JOINT STIPULATION FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE ONLY** on the interested parties in this action as follows:

Kayla Robinson                            *Attorneys for Defendant and Counter*
Kirk A. Pasich                            *Claimant Amber Heard*
Pasich LLP
10880 Wilshire Blvd., Suite 2000
Telephone:  (424) 313-7890
krobinson@pasichllp.com
kpasich@pasichllp.com

John T. Brooks                            *Courtesy Copy via E-mail*
Andrea S. Warren
Jeffrey V. Commisso                       *Attorneys for Travelers Commercial*
Sheppard, Mullin, Richter & Hampton       *Insurance Company*
LLP
501 W. Broadway, 19th Floor
San Diego, CA  92101
Telephone:  (619) 338-6500
Email:  jbrooks@sheppardmullin.com
Email:  awarren@sheppardmullin.com
Email:  icommisso@sheppardmullin.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward