McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
  nrasmussen@mccormickbarstow.com
Graham A. Van Leuven, #295599
  graham.vanleuven@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Plaintiff and Counter-Defendant New York Marine and General Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMBER HEARD, an individual,,<br><br>　　　　Defendant.<br><br>AMBER HEARD, an individual,<br><br>　　　　Counter-Claimant<br><br>　　v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York Corporation,<br><br>　　　　Counter-Defendant | Case No. CV 22-4685-GW-PDx<br><br>Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx)<br><br>**ORDER ON THE JOINT STIPULATION FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE ONLY**<br><br>Filed Concurrently with the Parties' Joint Stipulation for Referral to Magistrate For Settlement Conference Only<br><br>Hon. George H. Wu |

Having read and considered the Joint Stipulation filed by Plaintiff and Counter-Defendant New York Marine and General Insurance Company ("NY Marine") and Defendant and Counterclaimant Amber Heard ("Heard") (collectively, the "Parties"), and for good cause appearing, **IT IS ORDERED THAT**:

The matter is referred to the Magistrate for the limited purpose of conducting a settlement conference between the parties in this action.

The Settlement Conference is to be conducted before August 31, 2023, or at the soonest date thereafter upon which it is convenient for the Magistrate.

**IT IS SO ORDERED.**

Dated this 4th day of August 2023.

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

9257038.1

**cc: MJ PD**