Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Owen Monkemeier (SBN 336476)
OMonkemeier@PasichLLP.com
PASICH LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone:  (424) 313-7860
Facsimile:   (424) 313-7890

Attorneys for Defendant
and Counter-Claimant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>                    Plaintiff,<br><br>      vs.<br><br>AMBER HEARD,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:22-cv-4685-GW (PDx)<br><br>Hon. George H. Wu,<br>Courtroom 9D<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:    October 12, 2023<br>Time:   8:30 a.m.<br>Dept.:   9D<br><br>Complaint Filed July 8, 2022 |

**NOTICE IS HEREBY GIVEN THAT** on October 12, 2023, at 8:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 9D of this Court, located at 350 W. 1st Street, Los Angeles, California 90012, defendant and counterclaimant Amber Heard will, and hereby

---

**NOTICE OF MOTION TO DISMISS**

does, move this Court for an order to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1).

This motion is made, pursuant to Federal Rule of Civil Procedure 12(b)(1), on the grounds that the Court lacks subject matter jurisdiction under Article III of the Constitution and statutory authority to grant relief under the Declaratory Judgment Act, 28 U.S.C. § 2201, because there is no longer an actual controversy between the parties. This motion is based on this Notice, the Memorandum of Points and Authorities in Support thereof, the Declaration of Kayla Robinson, the complete files and records in this action, such evidence as may be presented at the hearing on this motion, and other matters upon which this Court may take judicial notice.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 18, 2023.

DATED: September 6, 2023          PASICH LLP

By: */s/ Owen Monkemeier*
Owen Monkemeier

Attorneys for Defendant and Counter-Claimant