# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>AMBER HEARD,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:22-cv-4685-GW (PDx)<br><br>Hon. George H. Wu,<br>Courtroom 9D<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date:    October 12, 2023<br>Time:   8:30 a.m.<br>Dept.:   9D<br><br>Complaint Filed July 8, 2022 |

    Defendant and Counterclaimant Amber Heard's Motion to Dismiss came on for hearing on October 12, 2023, before the Honorable George H. Wu, in Courtroom 9D of the above-entitled Court. The matter having fully been argued and the motion and evidence submitted, and it appearing to the Court that defendant's motion is well taken, the Court orders as follows:

Defendant's Motion to Dismiss is GRANTED. This case is dismissed without prejudice for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: _____     _____
　　　　　　　　　　　　　　　　THE HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE