McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant, Counterclaimant
and Plaintiff New York Marine and
General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,,<br><br>Plaintiff,<br><br>v.<br><br>AMBER HEARD, an individual,,<br><br>Defendant. | Case No. 2:22-CV-04685-GW (PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx)<br><br>**JOINT STATUS REPORT**<br><br>Hon. George H. Wu |
| AMBER HEARD, an individual,<br><br>Counter-Claimant<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York Corporation,<br><br>Counter-Defendant | |

Pursuant to the Court's August 14, 2023 Minute Order, Plaintiff and Counter-Defendant New York Marine and General Insurance Company ("NY Marine") and Defendant Amber Heard[1] have met and conferred with regard to scheduling for this matter and by and through their undersigned counsel, and hereby submit this Joint Scheduling Report. (ECF 75.)

On March 13, 2023, the Court granted NY Marine's motion to dismiss Heard's Counterclaim against NY Marine, with leave to amend. (ECF 47). Heard subsequently declined to amend her Counterclaim. (*See generally,* Dkt.) On August 14, 2023, the Court granted Heard's motion for judgment on the pleadings as to NY Marine's First Amended Complaint with leave to amend. (ECF 75). On August 28, 2023, NY Marine filed a Second Amended Complaint ("SAC"), asserting an amended third cause of action for "Declaratory Relief As To Plaintiff's Duty To Defend Heard in the Underlying Action [Under] the Policy [California Insurance Code § 533]", and an amended fourth cause of action for "Declaratory Relief As To Plaintiff's Duty To Defend Heard in the Underlying Action Under The Policy [Conditions]". (ECF 76).

On September 6, 2023, Heard filed a motion to dismiss NY Marine's SAC. (ECF 78). NY Marine will oppose the motion and its Opposition is due on September 21, 2023. The motion is scheduled to be heard on October 12, 2023.

In the event that NY Marine's SAC is not dismissed, the Parties propose the

---

[1] As the Court is aware, on August 21, 2023, Travelers Commercial Insurance Company ("Travelers"), the Plaintiff and Counter-Defendant in the related, consolidated action entitled *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company,* U.S.D.C. Case no. 2:21-cv-5832-GW (PDx), and Defendant and Counterclaimant in that action, NY Marine, mediated their dispute on August 21, 2023, with Bruce A. Freidman at JAMS, Inc. Subsequent to that mediation, as indicated in Travelers' September 8, 2023 Notice of Settlement, Travelers and NY Marine have resolved their dispute, pending a final settlement agreement and release. On August 11, 2023, the Court vacated all deadlines in that action pending dismissal or a November 9, 2023 hearing. Accordingly, the parties have not included Travelers in the present Joint Report.

1
JOINT STATUS REPORT AND REQUEST FOR MODIFIED SCHEDULING ORDER

following pretrial timeline:

| Date | Event |
|---|---|
| 2/2/2024 | Deadline to hold private mediation |
| 2/16/2024 | Deadline to notify court of result of mediation in joint report regarding settlement |
| 3/08/2024 | Post-Mediation Status Conference |
| 3/22/2024 | Non-Expert Discovery Cut-Off |
| 4/26/2024 | Expert Disclosure (Initial) |
| 5/10/2023 | Expert Disclosure (Rebuttal) |
| 5/31/2024 | Expert Discovery Cut-Off |
| 06/15/2024 | Last day to file all motions (including discovery motions) |
| 07/31/2024 | Pre-Trial Conference |

Dated:  September 19, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ James P. Wagoner*
James P. Wagoner
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Defendant, Counterclaimant, and Plaintiff New York Marine and General Insurance Company

Dated: September 19, 2023

PASICH LLP

By: */s/ Owen Monkemeier*
Kirk Pasich
Owen Monkemeier
Attorneys for Defendant Amber Heard

9371799.1

# PROOF OF SERVICE

**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 19, 2023, I served true copies of the following document(s) described as **JOINT STATUS REPORT** on the interested parties in this action as follows:

| | |
|---|---|
| Kirk A. Pasich<br>Owen Monkemeier<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Telephone: (424) 313-7890<br>krobinson@pasichllp.com<br>omonkemeier@pasichllp.com | *Attorneys for Defendant and Counter Claimant Amber Heard* |
| John T. Brooks<br>Andrea S. Warren<br>Jeffrey V. Commisso<br>Sheppard, Mullin, Richter & Hampton LLP<br>501 W. Broadway, 19th Floor<br>San Diego, CA 92101<br>Telephone: (619) 338-6500<br>Email: jbrooks@sheppardmullin.com<br>Email: awarren@sheppardmullin.com<br>Email: jcommisso@sheppardmullin.com | *Attorneys for Movant Travelers Commercial Insurance Company*<br><br><br><br><br><br><br>Courtesy Copy via Email |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 19, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward