# Exhibit A

Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Kayla Robinson (SBN 322061)
KRobinson@PasichLLP.com
Owen Monkemeier (SBN 336476)
OMonkemeier@PasichLLP.com
PASICH LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone:  (424) 313-7860
Facsimile:  (424) 313-7890

Attorneys for Defendant
and Counter-Claimant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMBER HEARD,<br><br>　　　　Defendant.<br>———————————————<br>AND RELATED COUNTERCLAIM | Case No. 2:22-cv-4685-GW (PDx)<br><br>Hon. George H. Wu, Courtroom 9D<br><br>**DEFENDANT AND CROSS-COMPLAINANT AMBER HEARD'S INITIAL DISCLOSURES**<br><br>Complaint Filed July 8, 2022 |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant and cross-complainant Amber Heard makes the following disclosures to plaintiff and counter-defendant New York Marine and General Insurance Company ("New York Marine"):

## I. <u>WITNESSES</u>

The following is a list of witnesses Ms. Heard currently believes are likely to have discoverable information that Ms. Heard may use to support her claims in this lawsuit.  Ms. Heard reserves the right to identify other individuals as investigation and discovery proceed:

| NAME AND CONTACT INFORMATION (IF KNOWN) | SUBJECT(S) OF INFORMATION |
|---|---|
| Amber Heard, insured<br>Contact through counsel | The *Depp* lawsuit; communications between Ms. Heard and New York Marine regarding Ms. Heard's losses; New York Marine's refusal to defend Ms. Heard or pay for Ms. Heard's losses |
| Integro USA, Inc.<br>21650 Oxnard St., Suite 2350<br>Woodland Hills, CA 91367-7824 | Ms. Heard's procurement of the Policy |
| Pamela Johnson, claim professional handling the *Depp* lawsuit on behalf of Travelers | The *Depp* lawsuit; communications between Travelers and New York Marine regarding Ms. Heard's losses; New York Marine's refusal to defend Ms. Heard or pay for Ms. Heard's losses |
| Steven Battaglia, New York Marine | Communications between Ms. Heard and New York Marine regarding Ms. Heard's claim for coverage for the *Depp* lawsuit |

**HEARD'S INITIAL DISCLOSURES**

PASICH

| | |
|---|---|
| Jeremiah T. Reynolds<br>Partner<br>Eisner LLP<br>9601 Wilshire Blvd., 7th Floor<br>Beverly Hills, CA 90210<br>T  310.855.3200<br>D  310.888.4119<br>F  310.855.3201<br>jreynolds@eisnerlaw.com | The *Depp* lawsuit; communications between Ms. Heard and New York Marine regarding Ms. Heard's claim for coverage for the *Depp* lawsuit; New York Marine's refusal to defend Ms. Heard or pay for Ms. Heard's losses |
| Richard A. Schwartz<br>Browne George Ross LLP<br>801 So. Figueroa Street, Suite 2000<br>Los Angeles, CA 90017<br>T  213.725.9800<br>F  213.725.9808<br>rschwartz@bgrfirm.com | The *Depp* lawsuit; Ms. Heard's losses |
| Edward W. Cameron<br>Timothy J. McEvoy<br>Sean Patrick Roche<br>Cameron McEvoy, PLLC<br>4100 Monument Corner Drive, #420<br>Fairfax, VA 22030<br>T  703.273.8898 | The *Depp* lawsuit; communications between Ms. Heard and New York Marine regarding Ms. Heard's claim for coverage for the *Depp* lawsuit; New York Marine's refusal to defend Ms. Heard or pay for Ms. Heard's losses |

**HEARD'S INITIAL DISCLOSURES**

| | |
|---|---|
| John Quinn<br><br>Roberta Kaplan<br><br>Kaplan Hecker & Fink LLP<br><br>350 Fifth Avenue, Suite 7110<br><br>New York, NY 10118<br><br>T  212.763.0886<br><br>C  610.952.4726<br><br>jquinn@kaplanhecker.com | The *Depp* lawsuit; Ms. Heard's losses |
| Elaine Charlson Bredehoft<br><br>Charlson Bredehoft Cohen & Brown, P.C.<br><br>11260 Roger Bacon Drive<br><br>Suite 201<br><br>Reston, VA 20190<br><br>T  (703) 318-6800<br><br>C  (703) 919-2735<br><br>F  (703) 318-6808 | The *Depp* lawsuit; communications between Ms. Heard and New York Marine regarding Ms. Heard's claim for coverage for the *Depp* lawsuit; New York Marine's refusal to defend Ms. Heard or pay for Ms. Heard's losses |
| Ben Rottenborn<br><br>Woods Rogers PLC<br><br>10 S. Jefferson Street<br><br>Suite 1400<br><br>Roanoke, VA 24011<br><br>T  540.983.7540<br><br>F  540.983.7711<br><br>brottenborn@woodsrogers.com | The *Depp* lawsuit; Ms. Heard's losses |

4

| | |
|---|---|
| Lee S. Brenner<br>Venable LLP<br>Chair, Entertainment and Media<br>Litigation Group<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>T  310.229.0443<br>F  310.229.9901<br>LSBrenner@Venable.com | The *Depp* lawsuit; Ms. Heard's losses |
| Anya J. Goldstein<br>Summa LLP<br>800 Wilshire Blvd., Suite 1050<br>Los Angeles, CA 90017<br>T  213.260.9451 | The *Depp* lawsuit; Ms. Heard's losses |
| Brian Kramer<br>Kramer Family Law<br>12100 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>T  424.228.4133<br>bkramer@bjkpc.com | The *Depp* lawsuit; Ms. Heard's losses |
| Craig J. Mariam<br>Gordon & Rees LLP<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071<br>T  213.576.5000<br>F  877.306.0043<br>cmariam@gordonrees.com | The *Depp* lawsuit; Ms. Heard's losses |

**HEARD'S INITIAL DISCLOSURES**

PASICH™

| | |
|---|---|
| Wilson Elser Moskowitz Edelman & Dicker LLP<br>1133 Westchester Avenue<br>White Plains, NY 10604<br>TD  914.872.7287<br>T  914.323.7000<br>F  914.323.7001 | The *Depp* lawsuit; Ms. Heard's losses |
| Attorneys at Pasich LLP representing Ms. Heard in connection with her claim for coverage and/or this action | Ms. Heard's costs of pursuing coverage under the Policy |
| Counsel for New York Marine in connection with this action | Nonprivileged communications relating to Ms. Heard's claim for coverage for the *Depp* lawsuit |
| New York Marine's person(s) most knowledgeable regarding Ms. Heard's claim for coverage | New York Marine's handling of Ms. Heard's claim for coverage |
| New York Marine's person(s) most knowledgeable regarding the drafting of New York Marine Policy number GL201800012500 | The drafting of the policy form |
| New York Marine's employees and agents—including underwriting, insurance personnel, and in house or outside counsel—who sent or received communications regarding Ms. Heard's claim for coverage | Ms. Heard's communications with New York Marine and its representatives; New York Marine's handling of Ms. Heard's claim for coverage |

**HEARD'S INITIAL DISCLOSURES**

| New York Marine's employees and agents who participated in investigating and adjusting Ms. Heard's claim for coverage | New York Marine's handling of Ms. Heard's claim for coverage |
|---|---|
| New York Marine's employees and agents who participated in creating, modifying, and/or approving New York Marine's coverage position with respect to Ms. Heard's claim for coverage | New York Marine's handling of Ms. Heard's claim for coverage |

## II.   **DOCUMENTS**

Ms. Heard believes the following are documents, electronically stored information, and tangible things that Ms. Heard has in her possession, custody, or control and may use to support her claims or defenses, including:

- The Policy;
- Documents in the underlying *Depp* lawsuit;
- Non-privileged documents concerning New York Marine's handling of Ms. Heard's claim for coverage for the *Depp* lawsuit, including coverage correspondence regarding Ms. Heard's claim; and
- Documents concerning and supporting Ms. Heard's claim for damages in this lawsuit, including documents substantiating the legal fees and costs paid by Ms. Heard in connection with the *Depp* lawsuit and documents substantiating Ms. Heard's claim for *Brandt* fees.

Ms. Heard reserves the right to use any document identified and/or produced by New York Marine, as well as any publicly available documents that can be judicially noticed. Ms. Heard also reserves the right to supplement her initial

identification of documents based upon information obtained during the discovery process.

### III.  **DAMAGES**

The following is a computation of each category of damages Heard seeks, to the extent that the amounts of these damages are currently known and calculable:

- At least $4,400,000 in unreimbursed legal fees and costs incurred by Ms. Heard in the defense of the *Depp* lawsuit;
- Interest at the legal rate;
- Attorneys' fees and costs incurred in obtaining the benefits due under the policies at issue in an amount to be determined, and continuing, pursuant to *Brandt v. Superior Court*, 37 Cal. 3d 813 (1985); and
- Punitive damages in an amount to be determined and sufficient to punish, deter, and make an example out of New York Marine.

Discovery and investigation are ongoing and Heard reserves her right to amend her damages computation as investigation and discovery proceeds.

DATED: February 23, 2023          PASICH LLP

By: _____

Kayla Robinson

Attorneys for Defendant and Counter-Claimant

# PROOF OF SERVICE

***New York Marine and General Insurance Company. v. Amber Heard***
**U.S.D.C. Central Dist. California Case No. 2:22-cv-4685-GW (PDx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1230 Rosecrans Avenue, Suite 690, Manhattan Beach, CA 90266.

On February 23, 2023, I served true copies of the following document described as **DEFENDANT AND CROSS-COMPLAINANT AMBER HEARD'S INITIAL DISCLOSURES** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address JFernandez@pasichllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 23, 2023, at Los Angeles, California.

_____
Juanita Fernandez

**HEARD'S INITIAL DISCLOSURES**

1  Mark D Peterson                                          *Attorneys for Travelers*
2  Cates Peterson LLP                                       *Commercial Insurance*
                                                            *Company*
3  4100 Newport Place Suite 230
   Newport Beach, CA 92660
4  E-Mail: markpeterson@catespeterson.com

5  Nicholas H Rasmussen                                     *Attorneys for New York*
                                                            *Marine and General*
6  Graham Van Leuven                                        *Insurance Company*
   James P Wagoner
7  McCormick Barstow Sheppard Wayte
8  and Carruth LLP
9  7647 North Fresno Street
   Fresno, CA 93720
10 E-Mail:nicholas.rasmussen@mccormickbarstow.com
   graham.vanleuven@mccormickbarstow.com
11 jim.wagoner@mccormickbarstow.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28