Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Owen Monkemeier (SBN 336476)
OMonkemeier@PasichLLP.com
PASICH LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Defendant
and Counter-Claimant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>AMBER HEARD,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:22-cv-4685-GW (PDx)<br><br>Hon. George H. Wu,<br>Courtroom 9D<br><br>**AMBER HEARD'S NOTICE OF APPEAL**<br><br>*[Representation Statement filed concurrently herewith]*<br><br>Complaint Filed July 8, 2022 |

**HEARD'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Amber Heard ("Ms. Heard"), defendant and counter-claimant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order granting in part Plaintiff's motion to dismiss Ms. Heard's counterclaim entered on March 17, 2023, and the final judgment of the District Court dismissing the second amended complaint with prejudice entered on October 12, 2023.  True and correct copies of the March 17, 2023, Order and the October 12, 2023, Final Judgment are attached hereto as Exhibits 1 and 2, respectively.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) & 12-2, Ms. Heard's representation statement is filed concurrently with this Notice.

DATED: November 6, 2023                     PASICH LLP

                                            By: */s/ Owen Monkemeier*
                                                Owen Monkemeier

                                            Attorneys for Defendant and Counter-Claimant