# EXHIBIT 1

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff and Counter-
Defendant New York Marine and General
Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,, | Case No. CV 22-4685-GW-PDx |
| Plaintiff, | Consolidated for Pre-Trial Purposes with CV 21-5832-GW-PDx |
| v. | **ORDER ON PLAINTIFF AND COUNTERDEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO (1) DISMISS HEARD'S COUNTERCLAIM PURSUANT TO RULE 12(b)(6). OR (2) ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e), AND (3) TO STRIKE CERTAIN ALLEGATIONS PURSUANT TO RULE 12(f) [42]** |
| AMBER HEARD, an individual,, | |
| Defendant. | |
| AMBER HEARD, an individual, | |
| Counter-Claimant | |
| v. | |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York Corporation, | Hon. George H. Wu |
| Counter-Defendant | |

[PROPOSED] ORDER ON PLAINTIFF AND COUNTERDEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO (1) DISMISS HEARD'S COUNTERCLAIM PURSUANT TO RULE 12(b)(6), OR (2) ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e), AND (3) TO STRIKE CERTAIN ALLEGATIONS PURSUANT TO RULE 12(f) [42]

On March 13, 2023, at 8:30 a.m., Plaintiff and Counter-Defendant New York Marine and General Insurance Company's ("NY Marine") Motion To (1) Dismiss Defendant and Counterclaimant Amber Heard's ("Heard") Amended Counterclaim Pursuant to Rule 12(b)(6), or (2) Alternatively, for A More Definite Statement Pursuant to Rule 12(e), and (3) to Strike Certain Allegations Pursuant to Rule 12(f), came on regularly for hearing in Courtroom 9D of the United States District Court for the Central District of California before the Honorable George H. Wu, Judge presiding. Present at the hearing were counsel for Plaintiff and Counterdefendant New York Marine and General Insurance Company ("NY Marine"), James P. Wagoner and Nicholas H. Rasmussen, and for Defendant and Counterclaimant Amber Heard ("Heard"), Kayla Robinson and Owen Monkemeier. Also present was Nicholas J. Boos for Travelers Commercial Insurance Company, Plaintiff in the consolidated case.

Having read and considered NY Marine's Motion to Dismiss, its supporting and related papers, the Opposition filed by Ms. Heard, and oral argument of the parties thereon, for the reasons and to the extent set forth therein, it is hereby **ORDERED THAT**:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER ON PLAINTIFF AND COUNTERDEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO (1) DISMISS HEARD'S COUNTERCLAIM PURSUANT TO RULE 12(b)(6), OR (2) ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e), AND (3) TO STRIKE CERTAIN ALLEGATIONS PURSUANT TO RULE 12(f) [42]

1   The Court **ADOPTS** as its final ruling on this matter its Tentative Ruling [46].

2 For the reasons and to the extent set forth therein, NY Marine's motion is granted in

3 part and denied in part; additionally, NY Marine's requests for judicial notice and

4 requests for consideration of materials pursuant to the "incorporation by reference"

5 doctrine are granted. Ms. Heard shall have leave to amend to the extent set forth

6 therein.

7   **IT IS SO ORDERED.**

8 DATED:  March 17, 2023

9

10               _____

11             Hon. George H. Wu
              United States District Judge

12 8986079.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2