# EXHIBIT 2

| | | JS-6 |
|---|---|---|

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-4685-GW-PDx | Date | October 12, 2023 |
|---|---|---|---|
| Title | *New York Marine and General Insurance Company v. Amber Heard* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Amy Diaz | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James P. Wagoner | Owen A. Monkemeier |

**PROCEEDINGS:** **TELEPHONIC HEARING ON DEFENDANT'S MOTION TO DISMISS [78]**

The Court's Tentative Ruling on Defendant's Motion [78] was issued on October 10, 2023 [85]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Defendant's Motion is GRANTED. The Court dismisses the Second Amended Complaint with prejudice/without leave to amend.

| | : | 02 |
|---|---|---|
| | Initials of Preparer | JG |