Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Owen Monkemeier (SBN 336476)
OMonkemeier@PasichLLP.com
PASICH LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Defendant
and Counter-Claimant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMBER HEARD,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:22-cv-4685-GW (PDx)<br><br>Hon. George H. Wu, Courtroom 9D<br><br>**AMBER HEARD'S REPRESENTATION STATEMENT**<br><br>*[Notice of Appeal filed concurrently herewith]*<br><br>Complaint Filed July 8, 2022 |

# REPRESENTATION STATEMENT

**(Fed. R. App. P. 12(b); Circuit Rules 3-2(b), 12-2)**

The following counsel represent AMBER HEARD, defendant, counter-claimant, and appellant in this matter, and no other party:

Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Owen Monkemeier (SBN 336476)
OMonkemeier@PasichLLP.com
PASICH LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone:  (424) 313-7860
Facsimile:   (424) 313-7890

The following counsel represents NEW YORK MARINE AND GENERAL INSURANCE COMPANY, plaintiff and appellee in this matter, and no other party:

James P. Wagoner (SBN 58553)
Jim.wagoner@mccormickbarstow.com
Nicholas H. Rasmussen (SBN 285736)
Nrasmussen@mccormickbarstow.com
Graham A. Van Leuven
Graham.vanleuven@mccormickbarstow.com
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 N. Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

DATED: November 6, 2023                    PASICH LLP

By: */s/ Owen Monkemeier*
Owen Monkemeier

Attorneys for Defendant and Counter-Claimant