McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
 *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
 *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
 *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
 *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff, Counter-Defendant, Appellee, Appellant New York Marine and General Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBER HEARD, an individual,,<br><br>Defendant.<br><br>AMBER HEARD, an individual,<br><br>Counter-Claimant<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York Corporation,<br><br>Counter-Defendant | Case No. 2:22-cv-04685-GW(PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:21-cv-5832-GW (PDx)<br><br>**NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S NOTICE OF CROSS-APPEAL**<br><br>Hon. George H. Wu<br><br>Complaint Filed: July 8, 2022<br><br>[*Representation Statement filed concurrently herewith*] |

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant New York Marine and General Insurance Company ("NY Marine"), hereby cross-appeals to the United States Court of Appeals for the Ninth Circuit from (1) the Court's August 14, 2023 Order dismissing NY Marine's First Amended Complaint with leave to amend, and (2) the Court's final Order of October 12, 2023 dismissing both NY Marine's second amended complaint without leave to amend and the entire action with prejudice. True and correct copies of the August 14, 2023 Order and the October 12, 2023 Final Judgment are attached hereto as Exhibits 1 and 2, respectively.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) & 12-2, NY Marine's representation statement is filed concurrently with this Notice.

Dated: November 16, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ James P. Wagoner
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Plaintiff-Appellee and Counter-Defendant-Appellant New York Marine and New York Marine and General Insurance Company

9484780.1