McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
 *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
 *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
 *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
 *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff and Counter-Defendant, Appellee, Appellant New York Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,,<br><br>Plaintiff,<br><br>v.<br><br>AMBER HEARD, an individual,,<br><br>Defendant.<br><br>AMBER HEARD, an individual,<br><br>Counter-Claimant<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York Corporation,<br><br>Counter-Defendant | Case No. 2:22-cv-04685-GW(PDx)<br><br>**NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S REPRESENTATION STATEMENT**<br><br>Hon. George H. Wu<br><br>Complaint Filed:  July 8, 2022<br><br>[*Notice of Cross-Appeal filed concurrently herewith*] |

# REPRESENTATION STATEMENT

## (Fed. R. App. P. 12(b); Circuit Rules 3-2(b), 12-2)

The following counsel represent NEW YORK MARINE AND GENERAL INSURANCE COMPANY, Plaintiff, Counter-Defendant, Appellee and Appellant in this matter, and no other party:

James P. Wagoner, #58553
 *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
 *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
 *nrasmussen@mccormickbarstow.com*
Graham A. Van Leuven, #295599
 *graham.vanleuven@mccormickbarstow.com*
McCormick, Barstow, Sheppard, Wayte & Carruth
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

The following counsel represents AMBER HEARD, Defendant, Counter-Claimant, Appellant and Appellee in this matter, and no other party:

Kirk Pasich, #94242
 *kpasich@pasichllp.com*
Owen Monkemeier, #336476
 *omonkemeier@pasichllp.com*
Pasich LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, CA 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Dated: November 16, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ James P. Wagoner
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Plaintiff-Appellee and Counter-Defendant-Appellant New York Marine and General Insurance Company

9484783.1