```
 1                    UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                 HONORABLE GEORGE H. WU, DISTRICT JUDGE

 4

 5

     NEW YORK MARINE AND GENERAL      )
 6   INSURANCE COMPANY,               )
                                      )
 7              Plaintiff,            )
                                      )
 8              vs.                   )    2:22-CV-4685-GW
                                      )
 9   AMBER HEARD,                     )
                                      )
10              Defendant.            )
     _____
11

12

13                    REPORTER'S TRANSCRIPT OF HEARING

14

15                       Los Angeles, California

16                      Thursday, October 12, 2023

17

18

19            _____

20

21

22
                      AMY DIAZ, RPR, CRR, FCRR
23                    Federal Official Reporter
                     350 West 1st Street, #4455
24                      Los Angeles, CA 90012

25
     Please order court transcripts here:  www.amydiazfedreporter.com
```

```
 1    APPEARANCES OF COUNSEL:

 2
      For the Plaintiff:
 3

 4              MCCORMICK BARSTOW SHEPPARD WAYTE AND CARRUTH
                By:  James Wagoner, Attorney at Law
 5              7647 North Fresno Street
                Fresno, California 93720
 6

 7

 8

 9
      For the Defendant:
10

11              PASICH LLP
                By:  Owen Monkemeier, Attorney at Law
12              10880 Wilshire Boulevard, Suite 2000
                Los Angeles, California 90024
13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 08:35:28 | THE COURT: All right. Let me call the matter of |
| 2 08:35:54 | New York Marine and General Insurance vs. Amber Heard. |
| 3 08:35:59 | For the plaintiff we have? Are they on the line? |
| 4 08:36:09 | THE CLERK: Mr. Wagoner, state your appearance. |
| 5 08:36:14 | MR. WAGONER: James Wagoner is here for the |
| 6 08:36:15 | plaintiff, Your Honor. |
| 7 08:36:16 | THE COURT: And for the defendant? |
| 8 08:36:20 | MR. MONKEMEIER: Owen Monkemeier on behalf of Amber |
| 9 08:36:23 | Heard. |
| 10 08:36:24 | THE COURT: We are here on the defendant's motion to |
| 11 08:36:26 | dismiss. I issued a tentative on this. I presume both sides |
| 12 08:36:31 | have seen it? |
| 13 08:36:32 | MR. WAGONER: Plaintiff has. |
| 14 08:36:33 | MR. MONKEMEIER: Defendant has, as well. |
| 15 08:36:35 | THE COURT: And does anybody want to make any |
| 16 08:36:36 | arguments with regards to the tentative? |
| 17 08:36:39 | MR. WAGONER: Not for plaintiff, Your Honor. |
| 18 08:36:40 | THE COURT: All right. For the defense? |
| 19 08:36:41 | MR. MONKEMEIER: No, Your Honor. |
| 20 08:36:43 | THE COURT: All right. In that case, then, I'll |
| 21 08:36:45 | make my tentative my final. I will dismiss the, I guess it's |
| 22 08:36:52 | the counterclaims, right? |
| 23 08:36:56 | MR. WAGONER: Dismiss both the Complaint and the |
| 24 08:36:58 | counterclaims is what you need to do, Your Honor. |
| 25 08:37:01 | THE COURT: All right. So I will do that. |

|  |  |  |
|---|---|---|
| 1 | 08:37:02 | Is there anything else I need to do in this matter |
| 2 | 08:37:05 | or is the case now over? |
| 3 | 08:37:07 | MR. WAGONER: I believe the case is over. |
| 4 | 08:37:09 | Owen? |
| 5 | 08:37:10 | MR. MONKEMEIER: Yes. Correct. |
| 6 | 08:37:10 | THE COURT: All right. That will be the ruling. |
| 7 | 08:37:13 | Thank you very much, gentlemen. Have a nice day. |
| 8 | 08:37:17 | MR. WAGONER: Thank you for allowing us to appear |
| 9 | 08:37:19 | telephonically. Really appreciate it. Thank you. |
| 10 |  | ***** ***** ***** |

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

1    I certify that the foregoing is a correct transcript from the
2    record of proceedings in the above-titled matter.
3
4
5
6    ----------------------------
7
8    Amy C. Diaz, RPR, CRR                November 17, 2023
9    S/  Amy Diaz
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER