1   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
2   James P. Wagoner, #58553
      *jim.wagoner@mccormickbarstow.com*
3   Lejf E. Knutson, #234203
      *lejf.knutson@mccormickbarstow.com*
4   Nicholas H. Rasmussen, #285736
      *nrasmussen@mccormickbarstow.com*
5   Graham A. Van Leuven, #295599
      *graham.vanleuven@mccormickbarstow.com*
6   7647 North Fresno Street
    Fresno, California 93720
7   Telephone:   (559) 433-1300
    Facsimile:   (559) 433-2300
8
    Attorneys for Plaintiff, Counter-
9   Defendant, Appellee, Appellant New York
    Marine and General Insurance Company
10
                    UNITED STATES DISTRICT COURT
11
        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
12

13
    NEW YORK MARINE AND                  Case No. 2:22-cv-04685-GW(PDx)
14  GENERAL INSURANCE COMPANY,
    a New York corporation,              Consolidated for Pre-Trial Purposes
15                                        with 2:21-cv-5832-GW (PDx)
            Plaintiff,
16                                        **NEW YORK MARINE AND**
        v.                               **GENERAL INSURANCE**
17                                        **COMPANY'S <u>AMENDED</u> NOTICE**
    AMBER HEARD, an individual,,         **OF CROSS-APPEAL**
18
            Defendant.
19
    _____      Hon. George H. Wu
20
    AMBER HEARD, an individual,          Complaint Filed:  July 8, 2022
21
            Counter-Claimant
22
        v.
23
    NEW YORK MARINE AND
24  GENERAL INSURANCE COMPANY,
    a New York Corporation,
25
            Counter-Defendant
26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S AMENDED NOTICE OF CROSS-APPEAL

1    PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant New York

2 Marine and General Insurance Company ("NY Marine"), hereby cross-appeals to the

3 United States Court of Appeals for the Ninth Circuit from: (1) the Court's August 14,

4 2023 Order granting Heard's motion to dismiss NY Marine's First Amended

5 Complaint with leave to amend and denying NY Marine's Motion for Judgment on

6 the Pleadings, adopting the Court's tentative ruling of August 10, 2023, true and

7 correct copies of which are attached hereto as Exhibits 1 and 2; and (2) the Court's

8 final Order of October 12, 2023 adopting its tentative ruling granting Heard's Motion

9 to Dismiss NY Marine's second amended complaint with prejudice and without leave

10 to amend and dismissing the entire action with prejudice, true and correct copies of

11 which are attached hereto as Exhibits 3 and 4.

12    NY Marine's representation statement was previously filed on November 16,

13 2023 with its initial Notice of Cross-Appeal.

14

15 Dated:  November 20, 2023          McCORMICK, BARSTOW, SHEPPARD,
16                                                      WAYTE & CARRUTH LLP

17

18                                  By:        /s/ James P. Wagoner
                                                        James P. Wagoner
19                                                      Lejf E. Knutson
20                                                      Nicholas H. Rasmussen
                                                        Graham A. Van Leuven
21                                              Attorneys for Plaintiff-Appellee and Counter-
22                                              Defendant-Appellant New York Marine and
                                                New York Marine and General Insurance
23                                                          Company

24

25 9499662.1

26

27

28

NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S AMENDED NOTICE OF CROSS-APPEAL